FILED
2012 Dec-13 PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal Case No: CR 11-S-424-S |
| ) | |
| ARTAVIS DESMOND MCGOWAN. ) | |

## ORDER

This case is before the court on motion to suppress filed by defendant Artavis Desmond McGowan (doc. no. 48). After holding an evidentiary hearing, the magistrate judge entered his findings and recommendation on October 30, 2012, (doc. no. 65). Defendant has filed objections (doc. no. 66).

Upon consideration of the entire record in this case, the court hereby ADOPTS the report of the magistrate judge, and ACCEPTS his recommendation. Accordingly, defendant's objections to the report and recommendation are OVERRULED, and his motion to suppress is DENIED.

DONE and ORDERED this 13th day of December, 2012.

United States District Judge