**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **Case No: CR 11-S-424-S** |
| | ) | |
| **ARTAVIS DESMOND MCGOWAN.** | ) | |

**ORDER**

This case is before the court on defendant Artavis Desmond McGowan's "Second Motion to Reconsider" the denial of his motion to suppress.[1] The Magistrate Judge entered her report and recommendation on May 29, 2013.[2] Defendant filed objections to the report and recommendation on June 15, 2013.[3]

Upon review of the record, the court ADOPTS the report of the Magistrate Judge and ACCEPTS her recommendation. Accordingly, the "Second Motion to Reconsider" filed by defendant Artavis Desmond McGowan is DENIED.

DONE and ORDERED this 2nd day of July, 2013.

_____
United States District Judge

---

[1] *See* doc. no. 80.

[2] *See* doc. no. 95.

[3] *See* doc. no. 106.